# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

v.

ROBERT CULVER HINZ

**WARRANT FOR ARREST**

CASE NUMBER: 06-M-1465

06-mj-01179-CBS

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERT CULVER HINZ**

and bring him forthwith to the nearest magistrate to answer a

### COMPLAINT

charging him with Conspiracy to Manufacture, and to Possess with Intent to Distribute, and to Distribute, Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(B)

| | |
|---|---|
| WILLIAM C. BEAMAN | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August 9, 2006, Cheyenne, Wyoming |
| Signature of Issuing Officer | Date and Location |

By Deputy Clerk

Bail fixed at $ *Detain*    by William C. Beaman

### RETURN

This warrant was received and executed with the arrest of the above-named defendant.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**ORIGINAL**

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF WYOMING
AUG 0 9 2006
Stephan Harris, Clerk
Cheyenne

DISTRICT OF WYOMING

UNITED STATES OF AMERICA

v.

ROBERT CULVER HINZ,
STEPHEN ALLEN SCHMIDGALL,
JOHNATHON McBENGE

CRIMINAL COMPLAINT

CASE NUMBER: 06M146J

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about between March 2006 and August 4, 2006, in the District of Wyoming and elsewhere, the Defendants ROBERT CULVER HINZ, STEPHEN ALLEN SCHMIDGALL, and JOHNATHON McBENGE, did knowingly, intentionally, and unlawfully combine, conspire, confederate and agree together and with each other and with other individuals known and unknown to the United States Attorney, to manufacture and to possess with intent to distribute, and to distribute, marijuana, a Schedule I controlled substance, to wit: 100 or more marijuana plants.

In violation of 21 U.S.C. §§ 846, and 841(a)(1),(b)(1)(B).

I further state that I am a Police Officer with the Cheyenne Police Department, United States Department of Justice, and that this Complaint is based on the following facts:

1. Affiant, Sgt. Steve Wheeler has been employed as a police officer with the Cheyenne Police Department for 23 years. Affiant holds a Professional Law Enforcement Certification from the State of Wyoming. Affiant is currently assigned to the Special Enforcement Unit, whose primary duty is to investigate narcotic trafficking in and around the area of Cheyenne, Wyoming.

Continued on the attached sheet and made a part hereof:  X Yes  / No

Signature of Complainant
**STEVE WHEELER**

Sworn to before me and subscribed in my presence,

August 9, 2006                    at    Cheyenne, Wyoming

Date                                         City and State
WILLIAM C. BEAMAN
United States Magistrate Judge

| Name & Title of Judicial Officer | Signature of Judicial Officer |
|---|---|

### AFFIDAVIT OF STEVEN WHEELER- Continued
### IN SUPPORT OF COMPLAINT - U.S. v. ROBERT CULVER HINZ, et al

2. On July 24, 2006, Affiant received a phone call from Detective Ryan Howe, who is employed by the police department in Twin Falls, Idaho. Detective Howe told Affiant that he had learned the following information from a source in Twin Falls, Idaho, who in turn had been told the following information by another person:

    a. STEPHEN ALLEN SCHMIDGALL (SCHMIDGALL) and a named JANE DOE had recently arrived in the Twin Falls, Idaho area with 15 pounds of marijuana, obtained from an indoor grow operation in Laramie County, Wyoming. The grow operation was reported to be located in an outlying small town not part of Cheyenne.

    b. One of the marijuana growers had been arrested for domestic violence in the front yard of the house in which the marijuana grow operation was located. The arresting officer had not entered the house and seen the significant amount of marijuana being packaged for sale and transport. Some of the marijuana was also being processed into hashish in the house.

    c. One of the marijuana growers drives a camouflaged Jeep. SCHMIDGALL and JANE DOE at some point had car trouble and had to buy a new vehicle, a silver Jeep, to get from Wyoming back to Idaho.

3. After learning this information from Detective Howe, Affiant checked Laramie County arrest records, and found that on July 10, 2006, Deputy Ken Cook, of the Laramie County

Sheriff's Department had gone to 4088 Meadow Ridge Way, in Carpenter, Wyoming to talk to **ROBERT CULVER HINZ (HINZ)** about incidents in which he had been reported making harassing calls to his ex-girlfriend, who was in Trinidad, Colorado. HINZ told Cook his name was Albert Wilhelm Von Schultz. After Deputy Cook learned from photographs that HINZ had lied to him about his identity, Deputy Cook returned to 4088 Meadow Ridge Way, in Carpenter, Wyoming, and arrested HINZ for giving false information

4.   With the help of the Wyoming Division of Criminal Investigation, Affiant was able to learn that JANE DOE had on July 17, 2006, purchased a silver Jeep from Marks Motors in Cheyenne, Wyoming. Sometime soon after July 24, 2006, Affiant interviewed a sales employee at Marks Motors, who was able to positively identify from photographs JANE DOE as the purchaser and HINZ as having been present when JANE DOE purchased the Jeep.

5.   On July 27, 2006, Affiant drove past 4088 Meadow Ridge Way, Carpenter, Wyoming, and saw a camouflaged jeep in the driveway, bearing Wyoming license 2-6161. Upon checking, Affiant learned that this Jeep is registered to "the Von Schultz Family Trust." As previously mentioned, Affiant had already learned that HINZ had falsely given Deputy Cook a false name for himself, "Albert Wilhelm Von Schultz."

6.   Affiant spoke with Deputy Cook and learned that on both occasions in which Deputy Cook had encountered HINZ at the home in Carpenter, Wyoming, HINZ had come out of the house and talked to Deputy Cook outside the house.

7.   Upon driving by the home in Carpenter, Wyoming, located at 4088 Meadow Ridge Way, Affiant observed that the house appears to have a basement, which based on his training and

experience Affiant believed would provide a suitable location to grow marijuana.

8. About July 24, 2006, Affiant learned from Detective Howe that he had received a telephone call from Walgreens in Twin Falls, Idaho, advising him that it had pictures he should see. Detective Howe obtained the photographs, developed by the Walgreens in Twin Falls, Idaho, which showed a marijuana grow operation. Detective Howe told Affiant that based on his investigation he believed the photographs depicted the marijuana grow operation in Laramie County, Wyoming, involving SCHMIDGALL and JANE DOE.

9. Affiant examined the photographs and observed that the grow operation appeared to be roughly the same dimensions as the house at 4088 Meadow Ridge Way, Carpenter, Wyoming. Further Affiant noticed that one photograph showed a window with purple curtains. When he had previously driven by the house, Affiant had seen purple curtains in the windows of the house.

10. Affiant also noticed in the photographs a number of buckets marked "Sutherlands." Detective Terry Bell went to the Sutherlands business in Cheyenne and spoke to an employee, who remembered selling a large number of these buckets to a man who fit the description of HINZ. After looking at a photograph of HINZ, the employee said she was seventy percent sure that ROBERT HINZ was the man who had bought the buckets.

11. Later, about July 27, 2006 Affiant saw a grey 1982 Mercury Marquis bearing Idaho license plate 2TK0797 on the property at 4088 Meadow Ridge Way. Upon investigation, Affiant learned that this car is registered to JOHNATHAN McBENGE (McBENGE). Detective Howe advised Affiant that McBENGE is a known associate of SCHMIDGALL and JANE DOE. Detective Howe told Affiant that he had heard from his source that the source had been told by

another person that McBENGE had gone on a previous trip to the Wyoming location to pick up marijuana.

12. Through training and experience, Affiant has learned that indoor marijuana grow operations give off a significant heat signature, due to the use of indoor lighting. This heat signature is visible by use of a thermal imaging device.

13. On July 31, 2006, Affiant obtained a state search warrant to scan with a thermal imager the residence at 4088 Meadow Ridge Way. This scan showed an unexplained heat source on the north wall of the house. This heat source originated visibly at ground level against the foundation of the home. This heat did not appear to be the result of any common appliance or normal feature of a home.

14. Through training and experience, Affiant has learned that indoor marijuana grow operations use a high amount of electricity. Affiant obtained a power usage survey on this property showing the following kilowatt hours of electricity used at this address: March 2006, 6430kw; April 2006, 4339kw; May 2006, 5008kw; June 2006, 3287kw; July 2006, 4814. Further, Affiant learned that from October 2004 through August 2005 the monthly electrical consumption at this same address was between 300 to 1000 kilowatt hours.

15. On August 4th, 2006, a state search warrant was executed at 4088 Meadow Ridge Way, in Carpenter, Wyoming. This property is shown as being owned by "Albert Von Schultz," who in fact is **ROBERT CULVER HINZ**. During the execution of this search warrant, 105 marijuana plants were found in a hydroponic growing operation in the basement of the home. Sixty of these plants were in "Stage 2" of the growing operation, measuring between about two to ten inches in

height. Forty-four of the plants were in "Stage 3" of the growing operation, measuring about three or four feet in height. One plant was set off by itself, and based on his training and experience Affiant believes this plant was a "mother" plant used to produce other plants. Each plant had a ball and root system.

16. Sixteen operable firearms were found inside the Carpenter home. Two loaded pistols were readily accessible in the living room and kitchen. A gun safe with many of the firearms inside was in the basement where the marijuana was being grown.

17. A scale and some packaging material were found in the basement, indicating the illegal marijuana product was packaged for sale.

18. McBENGE, who had been upstairs, was arrested in the home when the search warrant was executed. McBENGE was advised of his *Miranda* rights. When officers went to the basement door separating them from the grow operation downstairs, McBENGE told the Affiant that the key to the basement was on the living room table so there was no need to break the door down. Affiant got a ring of keys off the living room table, where a loaded pistol was also found, and McBENGE identified from the key ring the specific key to the basement door.

19. During a post arrest interview, McBENGE told Special Agent Kevin Curry of the Cheyenne DEA office that "Albert" was paying him $500 a month to look after the marijuana plants at this property. McBENGE said that he, "Albert," and SCHMIDGALL, of Twin Falls, Idaho, had met in SCHMIDGALL's apartment in Twin Falls, Idaho, and agreed to work together to grow marijuana in Wyoming at HINZ'S house. The marijuana would then be sold by SCHMIDGALL in Idaho and California. McBENGE also admitted to having used "Albert's" white Volkswagen

station wagon to take three pounds of marijuana from the July harvest to SCHMIDGALL's apartment in Twin Falls, Idaho.

20. McBENGE told Special Agent Curry that in July 2006 SCHMIDGALL and JANE DOE came to the marijuana grow operation in Carpenter, Wyoming. McBENGE said that JANE DOE, SCHMIDGALL, and him had helped tend and cultivate the marijuana plants. McBENGE said that HINZ had bought a machine for making hashish, and that they together had manufactured about one gram of hashish in July 2006, at the Carpenter, Wyoming house.

21. On August 4, 2006, the Twin Falls Police Department executed a search warrant of the apartment of SCHMIDGALL, in Twin Falls Idaho. SCHMIDGALL and JANE DOE were arrested at the apartment, where SCHMIDGALL was found to possess two and a half pounds of marijuana, some of which was packaged for sale in twenty-eight baggies. Also found were photographs of the grow operation in Carpenter, Wyoming, some of which were the same as those earlier obtained by Detective Howe from the Walgreens in Twin Falls; a paper with the name and address of "Albert Von Schultz"; and documents identifying bank accounts in "Von Schultz's" name.

### END OF AFFIDAVIT