UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CRAIG B. SHAFFER | Lucy Kenyon |
| U.S. MAGISTRATE JUDGE | Deputy Clerk |
| | |
| Case Number: 06-mj-01179 | FTR CBS PM |
| Date: AUGUST 15, 2006 | |
| | |
| UNITED STATES OF AMERICA | Robert Brown |
| v. | |
| ROBERT CULVER HINZ | Robert Cory |

INITIAL APPEARANCE - (Rule 5 District of Wyoming)

Court in Session: 3:12 p.m.

Court calls case and appearances.  Susan Heckman is present from Probation.
Defendant advised of all rights, charges and penalties.

Defendant states he will retain his own counsel.

Government is seeking detention and a 3 day continuance.

Mr. Cory is not available on Friday.  Would like to utilize the defendant's 5 day rule.

**ORDERED:**
- Identity, Preliminary and Detention Hearing is set for **August 22, 2006 at 10:00 a.m.**

Preliminary matter by Mr. Cory - agents seized defendant's Dads medication and he is 88 years old and needs it.  They would like it return.

Court states that Mr. Cory should make some calls to try to get information.  If he is able to counsel can come back to the Court to issue an order if needed.

**ORDERED:**   Defendant remanded to custody.

Court in Recess: 3:22 p.m.
Hearing Concluded
Time: 11 minutes