UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | Tracey Lee |
| U.S. Magistrate Judge | Deputy Clerk |
| | |
| Case Number: 06-mj-01179 | FTR MEH AM |
| Date: August 22, 2006 | |
| | |
| UNITED STATES OF AMERICA | Joshua Stein |
| | |
| v. | |
| | |
| Robert Culver Hinz | Robert Cory |

### IDENTITY, DETENTION AND PRELIMINARY HEARING ON RULE 5 FROM THE DISTRICT OF WYOMING

Court in Session: 10:11am

Court calls case and appearance of counsel.

Defense counsel has spoken with the government and has reached an agreement as to detention.

Government is agreeing to a $10,000 property bond.

Court grants property bond in the amount of $10,000. Paperwork to be tendered to the clerk's office for review.

Defendant is waiving preliminary hearing and identity hearing. Waiver tendered to the court.

**ORDERED:** Deft to appear before the court when the property bond has been approved.

**ORDERED:** Deft to appear in the District of Wyoming as soon as possible after release in Colorado.

Court in Recess: 10:19am

Total time: 8 minutes

Hearing concluded.