UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 06-mj-01179-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    ROBERT CULVER HINZ,

     Defendant.

## ENTRY OF APPEARANCE

Robert J. Corry, Jr. hereby enters his appearance as counsel of record for the defendant in the above case.

Date:  August 28, 2006          Respectfully Submitted,

                                              s/ Robert J. Corry, Jr.
                                              Robert J. Corry, Jr.
                                              303 East 17th Ave., Suite 350
                                              Denver, Colorado 80203
                                              303-785-8585 telephone
                                              303-860-0430 facsimile
                                              Robert.Corry@comcast.net
                                              Attorney for Robert Culver Hinz

2

## Certificate of Service

       I certify that on August 28, 2006, I served the above **ENTRY OF APPEARANCE** by delivering a true and correct copy electronically to the following:

Joshua Gramling Stein
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
fax: 303-454-0401
email: Joshua.Stein@usdoj.gov

                                                s/ Robert J. Corry, Jr.