

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 0 2006

GREGORY C. LANGHAM
CLERK

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

August 28, 2006

U.S. District Court
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

Colorado Case Numbers: 06-mj-01179-MEH
Case Name: USA v. Cobert Culver Hinz
Wyoming Case Number: 06-m-146J



RECEIVED
AUG 2 0 2006
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Dear sir or madam,

The above numbered case has been ordered transferred to your district pursuant to an order of this court under Rule 5. Defendant is still set to appear in this district under your case number 06-m-159-B on August 29, 2006. We will send documents under this case after the last hearing in this district.

You may access electronically filed documents in these case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Gregory C. Langham, Clerk

by: s/Kathy Triplett
    Deputy Clerk

06-M-146-J